Prob 19 (10/99)

**06-329-M-01**

**United States District Court
for the
Southern District of New York**

**FILED**

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs RAMON JIMENEZ                    Docket No. 97 CR 638 (KMW)

TO: [1] Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||
|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||
| NAME OF SUBJECT<br>RAMON JIMENEZ | SEX<br>Male | RACE<br>White Hispanic | AGE<br>31 |
| ADDRESS (STREET, CITY, STATE) |||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>Souther District New York | DATE IMPOSED<br>December 5, 2000 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>500 Pearl Street, NY, NY 10007 |||
| JAMES M. PARKISON | (BY) DEPUTY CLERK | DATE 0 5 2005 |

| RETURN ||||
|---|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>S/NY | DATE EXECUTED<br>7/21/2006 ||
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S. MARSHALS SERVICE - 333 CONSTITUTION AVE NW ||||
| NAME<br>JOHN M. LONG | (BY) CI / DUSM<br>John M. Long | DATE<br>7/21/2006 ||

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>," or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."