PROB 12C
(4/99)

# 06-329-M-01    FILED

## United States District Court
### for the
### Southern District of New York

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** JIMENEZ, Ramon                **Docket Number:** 97 CR 638 (KMW)

**Name of Sentencing Judicial Officer:** Honorable Kimba M. Wood, United States District Judge

**Date of Original Sentence:** April 21, 1998

**Original Offense:** Conspiracy to Distribute and Possession with Intent to Distribute Cocaine (21 USC 841), Class B Felony

**Original Sentence:** 37 months' imprisonment

**Type of Supervision:** Five years' supervised release    **Date Supervision Commenced:** March 17, 2000

**Asst. U.S. Attorney:** Meir S. Feder    **Defense Attorney:** Marvin E. Schecter, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | MR. JIMENEZ FAILED TO REPORT TO THE UNITED STATES PROBATION OFFICE ON OCTOBER 17, 2000, OR ANYTIME THEREAFTER. (CONDITION #2) - GRADE C VIOLATION |
| 2. | ON OR BEFORE APRIL 6, 2000, MR. JIMENEZ INGESTED A CONTROLLED SUBSTANCE, TO WIT, MARIJUANA. (MANDATED CONDITION) - GRADE C VIOLATION |
| 3. | ON OR BEFORE SEPTEMBER 5, 2000, AND OCTOBER 6, 2000, MR. JIMENEZ INGESTED A CONTROLLED SUBSTANCE, TO WIT, COCAINE. (MANDATED CONDITION) - GRADE C VIOLATION |
| 4. | MR. JIMENEZ FAILED TO ATTEND OUTPATIENT COUNSELING AS DIRECTED. (SPECIAL CONDITION) - GRADE C VIOLATION |

[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,
by _____
David T. Mulcahy
U.S. Probation Officer
5178

Approved By: _____  November
Edward W. Johnson          Date
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Date 11-30-00

**TO BE COMPLETED SHOULD THE COURT ORDER THE ISSUANCE OF A SUMMONS**

Date: _____

Time: _____

Place: _____

** TOTAL PAGE.02 **