**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: July 25, 2006

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States District Court
500 Pearl Street
New York, NY 10007-1312

FILED
AUG 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 06MG329 Ramon Jimenez

Dear Clerk of the Court:

　　Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | |
|---|---|---|
| X | Docket Sheet | Warrant of Removal |
| X | Warrant/Petition for Warrant | Order of Removal |
|   | Minute Order Appointing Counsel | Detention Order |
|   | Corporate Surety Bond | Waiver of Removal |
|   | Personal Surety Bond | |
| X | Other- Blotter dated 7/21/06 | |

　　Please acknowledge receipt of the above documents on the enclosed copy of this letter.

　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　Nancy Mayer-Whittington,
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk


U.S. DISTRICT COURT FILED AUG -3 2006 S.D. OF N.Y.